ORIGINAL FILED
06 SEP 29 PM 5:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
MARCIA L. MITCHELL - #18122 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657

E-Filing

Attorneys for Plaintiff

EMC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>**Plaintiff,**<br>**v.**<br>**FIRST WATCH RESTAURANTS, INC.,**<br>**Defendant.** | **CIVIL ACTION NO.**<br>**C 06 6143**<br>**COMPLAINT**<br>**Civil Rights**<br>**– Employment Discrimination**<br>**JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Parties, Rebecca Schley, April Cohick and other similarly situated individuals (the claimants) who were adversely affected by such practices. As alleged below, defendant FIRST WATCH RESTAURANTS, INC. subjected the claimants to a hostile work environment based on sex, female.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to §706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e-5(f)(1) and (3), and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed in Burlingame, California, within the jurisdiction of the United States District Court for the Northern District of California.

**PARTIES**

3. Plaintiff, the Equal Employment Opportunity Commission (EEOC), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendant is and was a corporation doing business in the State of California, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce, within the meaning of §701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).

**STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, Rebecca Schley and April Cohick filed charges of discrimination with the EEOC alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least December 2004, Defendant has engaged in unlawful practices at its Burlingame, California location in violation of §703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). The harassment included both verbal and physical acts. These practices, which continued on a regular basis, included subjecting the Ms. Schley, Ms. Cohick and other similarly situated women to harassment on the basis of their sex, female which created an offensive, abusive, intimidating, and hostile work environment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive the Ms. Schley, Ms. Cohick and other similarly situated women of equal employment opportunities and to otherwise adversely affect them because of their sex, female.

9. The unlawful employment practices complained of in paragraph 7 above were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice and/or reckless indifference to the federally protected rights of the Ms. Schley, Ms. Cohick and other similarly situated women.

**PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with them, from engaging in harassment based on sex and any other employment practice which discriminates on the basis of sex.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for its employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Ms. Schley, Ms. Cohick and other similarly situated women by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, with interest, in amounts to be determined at trial.

D. Order Defendant to make whole Ms. Schley, Ms. Cohick and other similarly situated women by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E. Order Defendant to pay Ms. Schley, Ms. Cohick and other similarly situated women punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems proper.

G. Award the Commission its costs in this action.

///

///

///

**JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by its complaint.

Ronald S. Cooper
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

**Equal Employment Opportunity Commission**
1801 L Street, N.W.
Washington, DC 20507

Date: September 27, 2006

WILLIAM R. TAMAYO
Regional Attorney

JONATHAN PECK
Supervisory Trial Attorney

MARCIA L. MITCHELL
Senior Trial Attorney

**Equal Employment Opportunity Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5651