1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:  (650) 342-9600
5  Facsimile:  (650) 342-7685

6  Attorneys for Defendant
   First Watch Restaurants, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORIA

10

11 | EQUAL EMPLOYMENT OPPORTUNITY       | No. 06-cv-6143 EMC
   | COMMISSION,                        |
12 |                                    | **STIPULATION AND ORDER RE
   |          Plaintiff,                | DISMISSAL**
13 |                                    |
   |   vs.                              | **EXPIRATION OF CONSENT DECREE**
14 |                                    |
   | FIRST WATCH RESTAURANTS, INC.      |
15 |                                    |
   |          Defendant.                |
16

17

18

19     Defendant First Watch Restaurants, Inc., having complied in full with the settlement
20 terms in the captioned matter, and having complied in full with the Consent Decree executed by
21 United States Magistrate Judge Edward M. Chen on November 20, 2006, a true and correct copy
22 of which is attached hereto as **Exhibit A**, it is hereby stipulated by and between counsel for the
23 parties that:
24 ////
25
26
27
28

26756.00002\BGLIB1\1385858.1                    1
                                                                        Stipulation and Order

1. The jurisdiction of the court is terminated, save and accept for the dismissal of this lawsuit;

2. The Consent Decree expired on November 20, 2008; and

3. This matter is dismissed with prejudice.

Dated: December 2, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
David M. King
Attorneys for Defendant
First Watch Restaurants, Inc.

Dated: December 2, 2008

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____/S/_____
Marcia Mitchell
Attorneys for Plaintiff
Equal Employment Opportunity Commission

**IT IS SO ORDERED:**

Dated: December 5, 2008

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA